UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20465-CIV-MORENO

In the Matter of the Arbitration Between

WELLS FARGO ADVISORS, LLC,

    Petitioner,

vs.

LUIS O. LOPEZ, JR.,

    Respondent.
_____/



## ORDER CONFIRMING ARBITRATION AWARD AND ENTRY OF FINAL JUDGMENT THEREON

THIS CAUSE came before the Court upon the Petitioner's Motion to Confirm Arbitration Award and for Entry of Final Judgment (**D.E. No. 1**), filed on **February 6, 2012**.

On March 9, 2010, Petitioner Wells Fargo Advisors filed a Statement of Claim in Arbitration against Respondent Lopez with the Financial Industry Regulatory Authority ("FINRA"), styled *Wells Fargo Advisors, LLC f/k/a Wachovia Securities, LLC v. Luis O. Lopez, Jr.*, FINRA Case No. 10-01163 ("the Arbitration"). An evidentiary hearing in this Arbitration was held in Miami, Florida on October 18, 2011 and October 19, 2011 before a panel of three Arbitrators. On October 26, 2011, the Arbitration Panel issued an Arbitration Award ("the Award") against Lopez and in favor of Wells Fargo Advisors. Petitioner has attached a copy of this Award with its Motion.

This Court has authority pursuant to 9 U.S.C. § 9 of the Federal Arbitration Act to issue an order confirming the Award, and to enter judgment in conformity with the Award pursuant to 9 U.S.C. § 13. Under 9 U.S.C. § 9, the Award shall be confirmed unless the Award is vacated,

modified, or corrected pursuant to either 9 U.S.C. §§ 10 or 11. No grounds exist to vacate, modify, or correct the Award. Additionally, pursuant to 9 U.S.C. § 12, the Respondent had three months from the date of the Award in which to file a Motion to Vacate, Modify, or Correct the Award and he failed to do so within the requisite time period.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ADJUDGED** that

(1) the Motion to Confirm Arbitration Award is **GRANTED.**

(2) the Motion for Entry of Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Petitioner WELLS FARGO ADVISORS, LLC and against Respondent LUIS O. LOPEZ, JR..

(3) Petitioner shall recover from Respondent the Award in the principal amount of $318,813.75; plus pre-judgment interest in the amount of $75,681.14; and the costs incurred with filing this Motion. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of February, 2012.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record